**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00557-CV

### CHARLES ANTHONY ALLEN SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **GRANT** appellant's request to take judicial notice of facts to the extent we **TAKE JUDICIAL NOTICE** of his prior appeal, appellate cause number 05-14-00389-CV, styled "In re Charles Anthony Allen." *See Brown v. Brown*, 145 S.W.3d 745, 750 (Tex. App.—Dallas 2004, pet. denied).

/s/     CRAIG STODDART
         JUSTICE